## SECOND DEPARTMENT, NOVEMBER, 1970

### (November 2, 1970)

■ RAYMOND M. CELLO, Respondent, v. RACHEL RINALDI et al., Respondents, and HENRY SOLTYSIK, Doing Business as RIVETTE & SOLTYSIK, Defendant and Third-Party Plaintiff-Appellant. PHILIP J. PARETTI, Third-Party Defendant-Respondent.— Munder, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.